**KS DEVELOPMENT COMPANY, L.P. and KS Development Company 2, L.P., Petitioners**

v.

**LOWER NAZARETH TOWNSHIP and AAA of Northampton, Robert and Beverly Hoyer, Wind–Drift Real Estate Associates, Woodmont Properties, Respondents**

**No. 839 MAL 2016**

Supreme Court of Pennsylvania.

May 17, 2017

### ORDER

PER CURIAM

**AND NOW**, this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Bahir Abdul BELL, Respondent**

**No. 48 MAL 2015**

Supreme Court of Pennsylvania.

May 17, 2017

### ORDER

PER CURIAM

**AND NOW**, this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**